# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
JOHNSON, KIPP R. § Case No. 15-00973
JOHNSON, NADINE L. §
 §
 §
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/13/2015. The undersigned trustee was appointed on 01/13/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 12,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 9.90 |
| Bank service fees | | 69.94 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 12,420.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/31/2015 and the deadline for filing governmental claims was 08/31/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,000.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,000.00 , for a total compensation of $ 2,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/08/2016                    By: /s/Elizabeth C Berg, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - KIPP & NADINE JOHNSON
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 15-00973 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | JOHNSON, KIPP R. | | | Date Filed (f) or Converted (c): | 01/13/15 (f) |
| | JOHNSON, NADINE L. | | | 341(a) Meeting Date: | 02/09/15 |
| For Period Ending: | 03/08/16 | | | Claims Bar Date: | 08/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Dwelling 417 South River Lane Geneva | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. Single Family Residence 426 North River Lane Genev | 100,000.00 | 0.00 | | 0.00 | FA |
| 3. Old Second Bank Checking Account (...9452) | 100.00 | 0.00 | | 0.00 | FA |
| 4. Old Second Bank Checking Account (...3054) | 200.00 | 0.00 | | 0.00 | FA |
| 5. Fifth Third Bank Checking Account (...5426) | 70.00 | 0.00 | | 0.00 | FA |
| 6. Fifth Third Bank Checking Account (...4247) | 9.00 | 0.00 | | 0.00 | FA |
| 7. Fifth Third Bank Checking Account (...0244) | 158.00 | 0.00 | | 0.00 | FA |
| 8. Fifth Third Bank Savings Account (...6076) | 8.00 | 0.00 | | 0.00 | FA |
| 9. Fifth Third Bank Savings Account (...8704) | 64.00 | 0.00 | | 0.00 | FA |
| 10. Geneva Bank & Trust checking (...1356) | 110.00 | 0.00 | | 0.00 | FA |
| 11. Household Goods and Furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 12. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 13. Furs and Jewelry | 3,000.00 | 0.00 | | 0.00 | FA |

FORM 1 - KIPP & NADINE JOHNSON
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit A

| Case No: | 15-00973 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | JOHNSON, KIPP R. | | | Date Filed (f) or Converted (c): | 01/13/15 (f) |
| | JOHNSON, NADINE L. | | | 341(a) Meeting Date: | 02/09/15 |
| | | | | Claims Bar Date: | 08/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Remington Rifle | 200.00 | 0.00 | | 0.00 | FA |
| 15. Savage Rifle | 200.00 | 0.00 | | 0.00 | FA |
| 16. Benelli Shotgun | 100.00 | 0.00 | | 0.00 | FA |
| 17. Remington Shotgun | 100.00 | 0.00 | | 0.00 | FA |
| 18. Vanguard SEP IRA | 4,785.00 | 0.00 | | 0.00 | FA |
| 19. Mary Kay Cosmetics (liquidation value of inventory | 75.00 | 0.00 | | 0.00 | FA |
| 20. 33 1/3% interest in Equest Venture, Inc. | 0.00 | 6,225.00 | | 4,937.50 | FA |
| 21. Illinois R.E. Brokers License | 0.00 | 0.00 | | 0.00 | FA |
| 22. 2010 Subaru Outback | 9,638.00 | 6,865.00 | | 5,445.00 | FA |
| 23. 2005 VW Jetta (joint with daughter) | 3,000.00 | 0.00 | | 0.00 | FA |
| 24. 2005 Chrysler Town & Country | 2,600.00 | 0.00 | | 0.00 | FA |
| 25. 1994 Dodge Dakota (joint with daughter) | 1,000.00 | 0.00 | | 0.00 | FA |
| 26. Kayak (valley) | 400.00 | 0.00 | | 0.00 | FA |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                              Ver: 19.05f

FORM 1 - KIPP & NADINE JOHNSON
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit A

| Case No: | 15-00973   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | JOHNSON, KIPP R. | Date Filed (f) or Converted (c): | 01/13/15 (f) |
| | JOHNSON, NADINE L. | 341(a) Meeting Date: | 02/09/15 |
| | | Claims Bar Date: | 08/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Canoe (Madriver) (salvage) | 50.00 | 0.00 | | 0.00 | FA |
| 28. HP copy/fax | 80.00 | 0.00 | | 0.00 | FA |
| 29. Pre-petition Real Estate Commissions (u) | 0.00 | 2,670.00 | | 2,117.50 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $479,247.00 | $15,760.00 | | $12,500.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 22, 2016: Trustee reviewed all claims, prepared Motion to Value Secured Claim of Chase and prepared final report.

September 30, 2015: Trustee identified certain non-exempt assets (scheduled and unscheduled) which were property of the Estate. Trustee made demand upon the Debtors for a turnover of the assets. Trustee and Debtors negotiated. Pursuant to this Court's order dated June 26, 2015 [dkt 55], Trustee settled with the Debtors for a turnover of $12,500.00 payable in installments. After Trustee collects all of the Settlement Funds, Trustee will review claims, attend to Estate tax matters and prepare her TFR.

Initial Projected Date of Final Report (TFR): 01/31/16       Current Projected Date of Final Report (TFR): 03/31/16

/s/    Elizabeth C Berg, Trustee
_____    Date: 03/08/16

**FORM 1 - KIPP & NADINE JOHNSON**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| | | |
|---|---|---|
| Case No: | 15-00973    DRC    Judge: DONALD R. CASSLING | Trustee Name:    Elizabeth C Berg, Trustee |
| Case Name: | JOHNSON, KIPP R. | Date Filed (f) or Converted (c):    01/13/15 (f) |
| | JOHNSON, NADINE L. | 341(a) Meeting Date:    02/09/15 |
| | | Claims Bar Date:    08/31/15 |

ELIZABETH C BERG, TRUSTEE

FORM 2    KIPP & NADINE JOHNSON    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit B

| Case No: | 15-00973 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | JOHNSON, KIPP R. | | Bank Name: | Associated Bank |
| | JOHNSON, NADINE L. | | Account Number / CD #: | *******6492 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8933 | | | |
| For Period Ending: | 03/08/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/01/15 | 22 | KIPP JOHNSON<br>NADINE JOHNSON<br>GENEVA, IL 60134 | Stlmnt Pymt - Various Assets dkt 55<br>See Court Order dated June 26, 2015. Assets include interest in 2010 Subaru Outback, pre-petition real estate commissions, ownership interest in Equest Venture, LLC, and any tax refunds which Debtors may be entitled to. | 1129-000 | 3,500.00 | | 3,500.00 |
| 07/31/15 | 22, 29 | KIPP JOHNSON<br>NADINE JOHNSON<br>GENEVA, IL 60134 | Stlmnt Pymt - Various Assets dkt 55 | 1129-000 | 3,000.00 | | 6,500.00 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,490.00 |
| 09/01/15 | 20 | KIPP JOHNSON<br>NADINE JOHNSON<br>GENEVA, IL 60134 | Stlmnt Pymt - Various Assets dkt 55 | 1129-000 | 3,000.00 | | 9,490.00 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,480.00 |
| 10/02/15 | 20, 22 | KIPP JOHNSON<br>NADINE JOHNSON<br>GENEVA, IL 60134 | Final Stlmnt Pymt - Various Assets<br>Order - Docket No. 55 | 1129-000 | 3,000.00 | | 12,480.00 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.64 | 12,466.36 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.39 | 12,447.97 |

Page Subtotals    12,500.00    52.03

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Ver: 19.05f

LFORM24

FORM 2 — KIPP & NADINE JOHNSON

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 15-00973 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | JOHNSON, KIPP R. | | Bank Name: | Associated Bank |
| | JOHNSON, NADINE L. | | Account Number / CD #: | *******6492 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8933 | | | |
| For Period Ending: | 03/08/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.91 | 12,430.06 |
| 02/16/16 | 001001 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | 2016 Bond Premium | 2300-000 | | 9.90 | 12,420.16 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 12,500.00 | 79.84 | 12,420.16 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 12,500.00 | 79.84 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,500.00 | 79.84 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********6492 | 12,500.00 | 79.84 | 12,420.16 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 12,500.00 | 79.84 | 12,420.16 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     27.81

| Page 1 | | EXH. C - JOHNSON<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 08, 2016 |

Case Number: 15-00973
Debtor Name: JOHNSON, KIPP R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $2,303.00 | $0.00 | $2,303.00 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street  #200<br>Chicago  IL  60602 | Administrative | | $2,000.00 | $0.00 | $2,000.00 |
| BOND<br>999<br>2300-00 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | Administrative | | $9.90 | $9.90 | $0.00 |
| 000001A<br>046<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Priority | | $5,260.52 | $0.00 | $5,260.52 |
| 000003A<br>046<br>5800-00 | Department of Treasury<br>Internal Revenue Service<br>PO Box 9019<br>Holtsville, NY 11742-9019 | Priority | | $20,595.55 | $0.00 | $20,595.55 |
| 000001B<br>080<br>7300-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Unsecured | | $712.24 | $0.00 | $712.24 |
| 000002<br>070<br>7100-00 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Unsecured | | $6,347.98 | $0.00 | $6,347.98 |
| 000003B<br>080<br>7300-00 | Department of Treasury<br>Internal Revenue Service<br>PO Box 9019<br>Holtsville, NY 11742-9019 | Unsecured | | $1,908.87 | $0.00 | $1,908.87 |
| 000004<br>070<br>7100-00 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001 | Unsecured | | $106.62 | $0.00 | $106.62 |
| 000005<br>050<br>4210-00 | JPMorgan Chase Bank, N.A. National<br>Bankruptcy Depa<br>P.O. Box 29505 AZ1-1191<br>Phoenix, AZ 85038-9505 | Secured | | $3,556.81 | $0.00 | $3,556.81 |

| Page 2 | | EXH. C - JOHNSON<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 08, 2016 |

Case Number:   15-00973                                      Claim Class Sequence
Debtor Name:   JOHNSON, KIPP R.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $42,801.49 | $9.90 | $42,791.59 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-00973
Case Name: JOHNSON, KIPP R.
          JOHNSON, NADINE L.
Trustee Name: Elizabeth C Berg, Trustee

| | Balance on hand | $ | 12,420.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | JPMorgan Chase Bank, N.A. National | $ 3,556.81 | $ 3,556.81 | $ 0.00 | $ 0.00 |

| | Total to be paid to secured creditors | $ | 0.00 |
| | Remaining Balance | $ | 12,420.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 2,303.00 | $ 0.00 | $ 2,303.00 |
| Other: Adams-Levine | $ 9.90 | $ 9.90 | $ 0.00 |

| | Total to be paid for chapter 7 administrative expenses | $ | 4,303.00 |
| | Remaining Balance | $ | 8,117.16 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 25,856.07 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Revenue | $ 5,260.52 | $ 0.00 | $ 1,651.47 |
| 000003A | Department of Treasury | $ 20,595.55 | $ 0.00 | $ 6,465.69 |
|  | Total to be paid to priority creditors |  |  | $ 8,117.16 |
|  | Remaining Balance |  |  | $ 0.00 |

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 6,454.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Commerce Bank | $ 6,347.98 | $ 0.00 | $ 0.00 |
| 000004 | Fifth Third Bank | $ 106.62 | $ 0.00 | $ 0.00 |
|  | Total to be paid to timely general unsecured creditors |  |  | $ 0.00 |
|  | Remaining Balance |  |  | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,621.11 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Department of Treasury | $ 1,908.87 | $ 0.00 | $ 0.00 |
| 000001B | Illinois Department of Revenue | $ 712.24 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |