# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:  § | |
|  § | |
| JOHNSON, KIPP R.  § | Case No. 15-00973 |
| JOHNSON, NADINE L.  § | |
|  § | |
|  § | |
| Debtors  § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> United States Bankruptcy Court
> 219 S. Dearborn Street
> 7th Floor
> Chicago  IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

> 10:30 a.m.
> on April 8, 2016
> in Courtroom 240 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _Jeffrey P. Allsteadt_____

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JOHNSON, KIPP R. § Case No. 15-00973
JOHNSON, NADINE L. §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,500.00 |
| and approved disbursements of | $ | 79.84 |
| leaving a balance on hand of[1] | $ | 12,420.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | JPMorgan Chase Bank, N.A. National | $ 3,556.81 | $ 3,556.81 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 12,420.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 2,303.00 | $ 0.00 | $ 2,303.00 |
| Other: Adams-Levine | $ 9.90 | $ 9.90 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 4,303.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

    Remaining Balance $ 8,117.16

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 25,856.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Revenue | $ 5,260.52 | $ 0.00 | $ 1,651.47 |
| 000003A | Department of Treasury | $ 20,595.55 | $ 0.00 | $ 6,465.69 |

    Total to be paid to priority creditors $ 8,117.16

    Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,454.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Commerce Bank | $ 6,347.98 | $ 0.00 | $ 0.00 |
| 000004 | Fifth Third Bank | $ 106.62 | $ 0.00 | $ 0.00 |

    Total to be paid to timely general unsecured creditors $ 0.00

    Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,621.11  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Department of Treasury | $ 1,908.87 | $ 0.00 | $ 0.00 |
| 000001B | Illinois Department of Revenue | $ 712.24 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By:  /s/Elizabeth C. Berg

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Kipp R. Johnson  
Nadine L. Johnson  
    Debtors

Case No. 15-00973-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dgomez      Page 1 of 2      Date Rcvd: Mar 21, 2016  
                Form ID: pdf006      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2016.

```
db/jdb       +Kipp R. Johnson,    Nadine L. Johnson,    417 South River Lane,    Geneva, IL 60134-2755
aty          +Baldi Berg Ltd,    20 N Clark Street Ste 200,    Chicago, IL 60602-4120
22816109     +Andson Americas,    2711 N. Haskell Avenue,    Suite 1800,    Dallas, TX 75204-2921
22816110     +BMO Harris Bank,    Assignor to Statebridge Company LLC,    5680 Greenwood Plaza, Suite 1005,
               Greenwood Villiage, CO 80111-2414
22816111     +BMO Harris Bank, N.A.,    c/o Chapman and Cutler, LLP,    111 W. Monroe Street,
               Chicago, IL 60603-4095
22816113      Chase,    Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
23385544     +Chicago Title Land Trust Company,    10 S. LaSalle St., Ste. 2750,    Chicago, IL 60603-1108
23600377     +Contract Caller Inc,    501 Greene St., 3rd Floor,    Ste 302,    Augusta GA 30901-4404
22816116     +Devyn Johnson,    417 S. River Lane,    Geneva, IL 60134-2755
22816117    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    PO Box 630778,    Cincinnati, OH 45263)
23419607     +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
22895601     +Fifth Third Bank,    14841 Dallas Parkway Suite 300,    Dallas TX 75254-7883
22816118      Illinois Department of Revenue,    PO Box 19006,    Springfield, IL 62794-9006
23588116      JPMorgan Chase Bank, N.A. National Bankruptcy Depa,    P.O. Box 29505 AZ1-1191,
               Phoenix, AZ 85038-9505
22816119     +Mary Neuman,    7943 East Coronado,    Scottsdale, AZ 85257-2248
23600378     +Nicor Gas,    Pob 5407,    Carol Stream IL 60197-5407
22816121     +Old Second Bank,    37 S. River Street,    Aurora, IL 60506-4172
22816120     +Old Second National Bank,    37 S. River Street,    Aurora, IL 60506-4172
23385542     +State Farm Fire & Casualty Ins Co.,    c/o Campbell Hightower & Adams,
               4645 S. Lakeshore Dr., Ste. #11,    Tempe, AZ 85282-7152
22816123     +Statebridge Company LLC,    5680 Greenwood Plaza Blvd,    Suite 1005,
               Greenwood Villiage, CO 80111-2404
22816125     +William and Pamela Neuman,    350 Water Street,    Batavia, IL 60510-1968
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
23385541     +E-mail/Text: bankrup@aglresources.com Mar 22 2016 01:40:43     (NICOR) Northern Illinois Gas,
               Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
22816114     +E-mail/Text: bankruptcy@commercebank.com Mar 22 2016 01:41:46     Commerce Bank,
               PO Box 806000,    Kansas City, MO 64180-6000
23352948      E-mail/Text: bankruptcy@commercebank.com Mar 22 2016 01:41:46     Commerce Bank,
               P O BOX 419248,    KCREC-10,    Kansas City, MO 64141-6248
23600375     +E-mail/Text: legalcollections@comed.com Mar 22 2016 01:43:02     Commonwealth Edison Co,
               3 Lincoln Center,    Attn: Bankruptcy  Section,    Oak Brook Terrace IL 60181-4204
22816115      E-mail/Text: cio.bncmail@irs.gov Mar 22 2016 01:41:11     Department of Treasury,
               Internal Revenue Service,    PO Box 9019,    Holtsville, NY 11742-9019
23338940      E-mail/Text: rev.bankruptcy@illinois.gov Mar 22 2016 01:41:53
               Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
23266533      E-mail/Text: bk.notifications@jpmchase.com Mar 22 2016 01:41:27     JPMorgan Chase Bank NA,
               Pob 29505 AZ1-1191,    Phoenix AZ 85038-9505
22816122      E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Mar 22 2016 01:42:14     State Farm,
               Insurance Support Center,    PO Box 680001,    Dallas, TX 75368-0001
22816124     +E-mail/Text: bk.notifications@jpmchase.com Mar 22 2016 01:41:27     Subaru Motors Finance CHASE,
               P.O. Box 901076,    Fort Worth, TX 76101-2076
23385543     +E-mail/Text: bankruptcynotices@dcicollect.com Mar 22 2016 01:42:44     T-Mobile (CHI) DCIP,
               c/o Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
                                                                                              TOTAL: 10
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
22816112*    +BMO Harris Bank, N.A.,    c/o Chapman and Cutler, LLP,    111 W. Monroe Street,
               Chicago, IL 60603-4095
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Mar 21, 2016
                              Form ID: pdf006           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2016 at the address(es) listed below:
              Elizabeth C Berg    on behalf of Attorney   Baldi Berg, Ltd. bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Gabriella R Comstock    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee
               for Primestar-H Fund I Trust, as successor to BMO Harris Bank, NA grc@kmlegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert R Benjamin    on behalf of Debtor 1 Kipp R. Johnson rrbenjamin@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
               istie.com;tfalligant@golanchristie.com
              Robert R Benjamin    on behalf of Debtor 2 Nadine L. Johnson rrbenjamin@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
               istie.com;tfalligant@golanchristie.com
                                                                                             TOTAL: 7
```