UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
JOHNSON, KIPP R.                    §     Case No. 15-00973
JOHNSON, NADINE L.                  §
                                    §
                                    §
          Debtors                   §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 422,330.00                    Assets Exempt: 47,279.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 8,117.16      Claims Discharged
                                                Without Payment: 1,744,023.96

Total Expenses of Administration: 4,382.84

---

  3) Total gross receipts of $ 12,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 616,156.00 | $ 3,556.81 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,609.84 | 4,382.84 | 4,382.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 13,651.61 | 25,856.07 | 25,856.07 | 8,117.16 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,722,529.25 | 9,075.71 | 9,075.71 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,352,336.86 | $ 46,098.43 | $ 39,314.62 | $ 12,500.00 |

  4)  This case was originally filed under chapter 7 on 01/13/2015. The case was pending for 17 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: 05/25/2016          By:/s/Elizabeth C Berg, Trustee
                                            Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 33 1/3% interest in Equest Venture, Inc. | 1129-000 | 4,937.50 |
| 2010 Subaru Outback | 1129-000 | 5,445.00 |
| Pre-petition Real Estate Commissions | 1129-000 | 2,117.50 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank Assignor to Statebridge Company LLC 5680 Greenwood Plaza, Suite 1005 Greenwood Villiage, CO 80111 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank PO Box 630778 Cincinnati, OH 45263 | | 1,120.00 | NA | NA | 0.00 |
| | Old Second Bank 37 S. River Street Aurora, IL 60506 | | 132,453.00 | NA | NA | 0.00 |
| | Old Second Bank 37 S. River Street Aurora, IL 60506 | | 14,871.00 | NA | NA | 0.00 |
| | Statebridge Company LLC 5680 Greenwood Plaza Blvd Suite 1005 Greenwood Villiage, CO 80111 | | 462,654.00 | NA | NA | 0.00 |
| 000005 | JPMORGAN CHASE BANK, N.A. NATIONAL | 4210-000 | 5,058.00 | 3,556.81 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 616,156.00** | **$ 3,556.81** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 5,227.00 | 2,000.00 | 2,000.00 |
| ADAMS-LEVINE | 2300-000 | NA | 9.90 | 9.90 | 9.90 |
| Associated Bank | 2600-000 | NA | 69.94 | 69.94 | 69.94 |
| BALDI BERG | 3110-000 | NA | 2,303.00 | 2,303.00 | 2,303.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 7,609.84** | **$ 4,382.84** | **$ 4,382.84** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | DEPARTMENT OF TREASURY | 5800-000 | 7,799.40 | 20,595.55 | 20,595.55 | 6,465.69 |
| 000001A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 5,852.21 | 5,260.52 | 5,260.52 | 1,651.47 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 13,651.61 | $ 25,856.07 | $ 25,856.07 | $ 8,117.16 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andson Americas 2711 N. Haskell Avenue Suite 1800 Dallas, TX 75204 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank, N.A. c/o Chapman and Cutler, LLP 111 W. Monroe Street Chicago, IL 60603 | | 851,805.97 | NA | NA | 0.00 |
| | BMO Harris Bank, N.A. c/o Chapman and Cutler, LLP 111 W. Monroe Street Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Chase Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 | | 6,687.92 | NA | NA | 0.00 |
| | Mary Neuman 7943 East Coronado Scottsdale, AZ 85257 | | 6,700.00 | NA | NA | 0.00 |
| | State Farm Insurance Support Center PO Box 680001 Dallas, TX 75368-0001 | | 210.45 | NA | NA | 0.00 |
| | William and Pamela Neuman 350 Water Street Batavia, IL 60510 | | 851,805.00 | NA | NA | 0.00 |
| 000002 | COMMERCE BANK | 7100-000 | 5,319.91 | 6,347.98 | 6,347.98 | 0.00 |
| 000004 | FIFTH THIRD BANK | 7100-000 | NA | 106.62 | 106.62 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003B | DEPARTMENT OF TREASURY | 7300-000 | NA | 1,908.87 | 1,908.87 | 0.00 |
| 000001B | ILLINOIS DEPARTMENT OF REVENUE | 7300-000 | NA | 712.24 | 712.24 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,722,529.25 | $ 9,075.71 | $ 9,075.71 | $ 0.00 |

FORM 1 - KIPP & NADINE JOHNSON
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-00973 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, KIPP R. | | | Date Filed (f) or Converted (c): | 01/13/15 (f) |
| | JOHNSON, NADINE L. | | | 341(a) Meeting Date: | 02/09/15 |
| For Period Ending: | 05/25/16 | | | Claims Bar Date: | 08/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Dwelling 417 South River Lane Geneva | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. Single Family Residence 426 North River Lane Genev | 100,000.00 | 0.00 | | 0.00 | FA |
| 3. Old Second Bank Checking Account (...9452) | 100.00 | 0.00 | | 0.00 | FA |
| 4. Old Second Bank Checking Account (...3054) | 200.00 | 0.00 | | 0.00 | FA |
| 5. Fifth Third Bank Checking Account (...5426) | 70.00 | 0.00 | | 0.00 | FA |
| 6. Fifth Third Bank Checking Account (...4247) | 9.00 | 0.00 | | 0.00 | FA |
| 7. Fifth Third Bank Checking Account (...0244) | 158.00 | 0.00 | | 0.00 | FA |
| 8. Fifth Third Bank Savings Account (...6076) | 8.00 | 0.00 | | 0.00 | FA |
| 9. Fifth Third Bank Savings Account (...8704) | 64.00 | 0.00 | | 0.00 | FA |
| 10. Geneva Bank & Trust checking (...1356) | 110.00 | 0.00 | | 0.00 | FA |
| 11. Household Goods and Furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 12. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 13. Furs and Jewelry | 3,000.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 8)

Ver: 19.06a

FORM 1 - KIPP & NADINE JOHNSON
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:     15-00973    DRC    Judge: DONALD R. CASSLING          Trustee Name:                  Elizabeth C Berg, Trustee
Case Name:   JOHNSON, KIPP R.                                      Date Filed (f) or Converted (c): 01/13/15 (f)
             JOHNSON, NADINE L.                                    341(a) Meeting Date:            02/09/15
                                                                   Claims Bar Date:                08/31/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Remington Rifle | 200.00 | 0.00 | | 0.00 | FA |
| 15. Savage Rifle | 200.00 | 0.00 | | 0.00 | FA |
| 16. Benelli Shotgun | 100.00 | 0.00 | | 0.00 | FA |
| 17. Remington Shotgun | 100.00 | 0.00 | | 0.00 | FA |
| 18. Vanguard SEP IRA | 4,785.00 | 0.00 | | 0.00 | FA |
| 19. Mary Kay Cosmetics (liquidation value of inventory | 75.00 | 0.00 | | 0.00 | FA |
| 20. 33 1/3% interest in Equest Venture, Inc. | 0.00 | 6,225.00 | | 4,937.50 | FA |
| 21. Illinois R.E. Brokers License | 0.00 | 0.00 | | 0.00 | FA |
| 22. 2010 Subaru Outback | 9,638.00 | 6,865.00 | | 5,445.00 | FA |
| 23. 2005 VW Jetta (joint with daughter) | 3,000.00 | 0.00 | | 0.00 | FA |
| 24. 2005 Chrysler Town & Country | 2,600.00 | 0.00 | | 0.00 | FA |
| 25. 1994 Dodge Dakota (joint with daughter) | 1,000.00 | 0.00 | | 0.00 | FA |
| 26. Kayak (valley) | 400.00 | 0.00 | | 0.00 | FA |

FORM 1 - KIPP & NADINE JOHNSON
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-00973 DRC Judge: DONALD R. CASSLING | | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, KIPP R. | | | Date Filed (f) or Converted (c): | 01/13/15 (f) |
| | JOHNSON, NADINE L. | | | 341(a) Meeting Date: | 02/09/15 |
| | | | | Claims Bar Date: | 08/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Canoe (Madriver) (salvage) | 50.00 | 0.00 | | 0.00 | FA |
| 28. HP copy/fax | 80.00 | 0.00 | | 0.00 | FA |
| 29. Pre-petition Real Estate Commissions (u) | 0.00 | 2,670.00 | | 2,117.50 | FA |
| TOTALS (Excluding Unknown Values) | $479,247.00 | $15,760.00 | | $12,500.00 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 25, 2016: Trustee's Final Report was approved and Trustee distributed funds on hand. Trustee is in the process of submitting her Final Distribution Report and the case will close shortly thereafter.

February 22, 2016: Trustee reviewed all claims, prepared Motion to Value Secured Claim of Chase and prepared final report.

September 30, 2015: Trustee identified certain non-exempt assets (scheduled and unscheduled) which were property of the Estate. Trustee made demand upon the Debtors for a turnover of the assets. Trustee and Debtors negotiated. Pursuant to this Court's order dated June 26, 2015 [dkt 55], Trustee settled with the Debtors for a turnover of $12,500.00 payable in installments. After Trustee collects all of the Settlement Funds, Trustee will review claims, attend to Estate tax matters and prepare her TFR.

Initial Projected Date of Final Report (TFR): 01/31/16      Current Projected Date of Final Report (TFR): 03/31/16

Case 15-00973    Doc 72    Filed 06/02/16    Entered 06/02/16 14:22:47    Desc Main
                          Document      Page 11 of 14

FORM 1 - KIPP & NADINE JOHNSON
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 4

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-00973    DRC    Judge: DONALD R. CASSLING | Trustee Name:    Elizabeth C Berg, Trustee |
| Case Name: | JOHNSON, KIPP R. | Date Filed (f) or Converted (c):    01/13/15 (f) |
| | JOHNSON, NADINE L. | 341(a) Meeting Date:    02/09/15 |
| | | Claims Bar Date:    08/31/15 |

/s/    Elizabeth C Berg, Trustee
_____ Date: 05/25/16
    ELIZABETH C BERG, TRUSTEE

Page: 1

FORM 2 - KIPP & NADINE JOHNSON

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-00973 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | JOHNSON, KIPP R. | | Bank Name: | Associated Bank |
| | JOHNSON, NADINE L. | | Account Number / CD #: | *******6492 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8933 | | | |
| For Period Ending: | 05/25/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/01/15 | 22 | KIPP JOHNSON<br>NADINE JOHNSON<br>GENEVA, IL  60134 | Stlmnt Pymt - Various Assets dkt 55<br>See Court Order dated June 26, 2015. Assets include interest in 2010 Subaru Outback, pre-petition real estate commissions, ownership interest in Equest Venture, LLC, and any tax refunds which Debtors may be entitled to. | 1129-000 | 3,500.00 | | 3,500.00 |
| 07/31/15 | 22, 29 | KIPP JOHNSON<br>NADINE JOHNSON<br>GENEVA, IL  60134 | Stlmnt Pymt - Various Assets dkt 55 | 1129-000 | 3,000.00 | | 6,500.00 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,490.00 |
| 09/01/15 | 20 | KIPP JOHNSON<br>NADINE JOHNSON<br>GENEVA, IL  60134 | Stlmnt Pymt - Various Assets dkt 55 | 1129-000 | 3,000.00 | | 9,490.00 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,480.00 |
| 10/02/15 | 20, 22 | KIPP JOHNSON<br>NADINE JOHNSON<br>GENEVA, IL  60134 | Final Stlmnt Pymt - Various Assets<br>Order - Docket No. 55 | 1129-000 | 3,000.00 | | 12,480.00 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.64 | 12,466.36 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.39 | 12,447.97 |

Page Subtotals     12,500.00     52.03

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

FORM 2 — KIPP & NADINE JOHNSON

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 15-00973 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | JOHNSON, KIPP R. | | Bank Name: | Associated Bank |
| | JOHNSON, NADINE L. | | Account Number / CD #: | *******6492 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8933 | | | |
| For Period Ending: | 05/25/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.91 | 12,430.06 |
| 02/16/16 | 001001 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | 2016 Bond Premium | 2300-000 | | 9.90 | 12,420.16 |
| 04/12/16 | 001002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 2,000.00 | 10,420.16 |
| 04/12/16 | 001003 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 2,303.00 | 8,117.16 |
| 04/12/16 | 001004 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Claim 000001A, Payment 31.39% | 5800-000 | | 1,651.47 | 6,465.69 |
| 04/12/16 | 001005 | Department of Treasury<br>Internal Revenue Service<br>PO Box 9019<br>Holtsville, NY 11742-9019 | Claim 000003A, Payment 31.39% | 5800-000 | | 6,465.69 | 0.00 |

Page Subtotals        0.00        12,447.97

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2 - KIPP & NADINE JOHNSON

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 15-00973 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | JOHNSON, KIPP R. | | Bank Name: | Associated Bank |
| | JOHNSON, NADINE L. | | Account Number / CD #: | *******6492 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8933 | | | |
| For Period Ending: | 05/25/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,500.00 | 12,500.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,500.00 | 12,500.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,500.00 | 12,500.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account (Non-Interest Earn - *******6492 | | 12,500.00 | 12,500.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 12,500.00 | 12,500.00 | 0.00 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*